## GOREE v. STATE.
### No. 26122.

Court of Criminal Appeals of Texas.
Dec. 17, 1952.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for the offense of unlawfully possessing intoxicating liquor for the purpose of sale in a dry area, and the punishment is assessed at a fine of $150

and confinement in the county jail for 60 days.

All matters of procedure appear to be in regular form. The record is before us without a statement of facts and bills of exception, in the absence of which no question is presented for review.

The judgment of the trial court is affirmed.